UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John B. Mann, *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>David Castiel, *et al.*,<br>　　　　Defendants. | § § § § § § § § § | Civil Action No. 09-2137 (RCL)<br><br>**FILED**<br>MAR - 9 2010<br>U.S. DISTRICT COURT |

## ORDER

Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with a copy of the complaint within 120 days of its filing. Plaintiffs shall file, within 10 days after March 12, 2010, proof of service for the defendants in this case or show cause why this case should not be dismissed for failure to serve the defendants within 120 days after the filing of the complaint.

**SO ORDERED** this 9th day of March 2010.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court