IN THE UNITED STATES COURT
FOR
THE DISTRICT OF COLUMBIA

JOHN B. MANN, et al.

v.  Civ. 09-cv-02137 (RCL)

DAVID CASTIEL, et al.

### NOTICE OF DISMISSAL

COMES NOW, the Plaintiffs, John B. Mann, Robert B. Patterson, Mann Technologies, LLC, and The Registry Solutions Company, and hereby DISMISS WITH PREJUDICE all counts alleged against Defendants, Natalie O. Ludaway, Matthew Goodman, Mark Guberman and the firm of Leftwich & Ludaway, LLC.

Respectfully submitted

_____/s/_____
Ronald B. Patterson, Esq.
Counsel for Mann Technologies, LLC, and
The Registry Solutions Company
D.C. Bar No. 224915
P.O. Box 1756
Alexandria, Virginia 22313
(571) 274-0782

John B. Mann, pro se
9330 Harts Mill Road
Warrenton, Virginia 20186
(540) 974-2526

Robert Patterson, pro se
9330 Harts Mill Road
Warrenton, Virginia 20186
(202) 412-2404

CERTIFICATE OF SERVICE:

I hereby certify that true and correct copies of the foregoing Notice of Dismissal was sent electronically and mailed this 26th day of May, 2010 to:

>Natalie Ludaway, Esquire
Matthew Goodman, Esquire
Leftwich & Ludaway, LLC
1400 K St., N.W.
Suite 1000
Washington, D.C. 20005-2403